United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-14115-WB |
| Gloria Araki | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 10, 2023 | Form ID: 318a | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gloria Araki, 925 Edith Avenue Apt K, Alhambra, CA 91803-2234 |
| 41594737 | | Experian, NCAC, PO Box 9556, Allen, TX 75013 |
| 41594745 | | VW Credit, 22823 NW Bennett Street, Covina, CA 91724 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJMRUND.COM | Oct 11 2023 09:50:00 | Jason M Rund (TR), Sheridan & Rund, 270 Coral Circle, El Segundo, CA 90245-4617 |
| smg | | EDI: EDD.COM | Oct 11 2023 09:50:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Oct 11 2023 09:50:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Oct 11 2023 06:02:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 41594730 | + | EDI: WFNNB.COM | Oct 11 2023 09:50:00 | Ads/Comenity Victoria, PO BOX 182789, Columbus, OH 43218-2789 |
| 41594731 | | EDI: BANKAMER.COM | Oct 11 2023 09:50:00 | Bank Of America, PO Box 982235, El Paso, TX 79998-2235 |
| 41594732 | + | EDI: BANKAMER.COM | Oct 11 2023 09:50:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 41594733 | | EDI: CITICORP.COM | Oct 11 2023 09:50:00 | Best Buy/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 41594734 | + | EDI: CITICORP.COM | Oct 11 2023 09:50:00 | Citi Cards/ Citi Bank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 41594735 | | Email/Text: bankruptcycourts@equifax.com | Oct 11 2023 06:02:00 | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 41594738 | ^ | MEBN | Oct 11 2023 05:56:14 | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 41594739 | | Email/Text: goalrealignment@payoff.zendesk.com | Oct 11 2023 06:02:00 | Happy money inc., 3200 PARK CENTER DR STE 800,, Costa Mesa, CA 92626 |
| 41594740 | | EDI: JPMORGANCHASE | Oct 11 2023 09:50:00 | JPMCB Card, PO Box 15369, Wilmington, DE 19850 |

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 10, 2023 | Form ID: 318a | Total Noticed: 20

| 41594741 | + EDI: RMSC.COM | | |
|---|---|---|---|
| | | Oct 11 2023 09:50:00 | Syncb/Ashleys Homestores, Po Box 965036, Orlando, FL 32896-5036 |
| 41594742 | EDI: WTRRNBANK.COM | | |
| | | Oct 11 2023 09:50:00 | TD Bank USA/ Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 41594744 | Email/Text: DASPUBREC@transunion.com | | |
| | | Oct 11 2023 06:02:00 | Trans Union Corporation, Attn: Public Records Department, 555 W Adams St., Chicago, IL 60661 |
| 41594743 | + Email/Text: bankruptcy@golden1.com | | |
| | | Oct 11 2023 06:03:00 | The Golden 1 Credit Union, Po Box 279740, Sacramento, CA 95827-0740 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 41594736 | ##+ | Equifax, PO Box 144717, Orlando, FL 32814-4717 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jason M Rund (TR) | trustee@srlawyers.com  jrund@ecf.axosfs.com |
| Tyson Takeuchi | on behalf of Debtor Gloria Araki tyson@tysonfirm.com  albert@tysonfirm.com;armen@tysonfirm.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Gloria Araki** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court | Central District of California |
| Case number: | **2:23-bk-14115-WB** |

Social Security number or ITIN   xxx-xx-4655

EIN  _ _-_ _ _ _ _ _ _

Social Security number or ITIN  _ _ _ _

EIN  _ _-_ _ _ _ _ _ _

---

## Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gloria Araki

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 10/10/23

Dated: <u>10/10/23</u>

By the court:   <u>Julia W. Brand</u>
United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

13/AUTU

For more information, see page 2 >

Official Form 318–CACBdodb/CACodsc        **Order of Chapter 7 Discharge**        page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**